# FINANCIAL STATEMENT
## NET WORTH
___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including b accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including de mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate member your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 3 | 000 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| | | | | Notes payable to relatives | | | |
| Listed securities—add schedule | 76 | 594 | 00 | Notes payable to others | 12 | 510 | |
| Unlisted securities—add schedule | | | | Accounts and bills due | | 300 | |
| Accounts and notes receivable: | | | | Unpaid income tax | | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | | | | Real estate mortgages payable—add schedule | 306 | 000 | |
| Doubtful | | | | | | | |
| Real estate owned—add schedule | 555 | 000 | 00 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—Itemize: | | | |
| Autos and other personal property | 36 | 000 | 00 | Credit cards | 1 | 000 | |
| Cash value—life insurance | 4 | 500 | 00 | N.Y. Life Insurance | 1 | 000 | |
| Other assets—Itemize: | | | | SoloFlex, Inc. | | 800 | |
| IRA-Dean Witter | 18 | 000 | 00 | | | | |
| IRA-Nicholas II | 5 | 000 | 00 | | | | |
| Oakwood Partners | 85 | 000 | 00 | | | | |
| Northland Cable | 10 | 000 | 00 | Total liabilities | 321 | 610 | |
| Jones Firm Profit Sharing | 211 | 756 | 00 | Net worth | 663 | 240 | |
| Total assets | 984 | 850 | 00 | Total liabilities and net worth | 984 | 850 | |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | 12 | 510 | |
| On leases or contracts | 9 | 375 | 00 | | | | |
| Legal Claims | N/A | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | N/A | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | N/A | | | | | | |
| • N/A | | | | | | | |

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) Vazquez, Martha A. | 2. Court or Organization United States District Court For The District of New Mexico | 3. Date of Report 8-6-93 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) Active Article III Judge | 5. Report Type (check appropriate type) X Nomination, Date 8-6-93 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1-1-92 - 7-31-93 |
| 7. Chambers or Office Address U.S. Courthouse, South Federal Place, Santa Fe, NM 87501, or Fed. Bldg. & U.S. Courthouse, 500 Gold Ave., S.W., Albuquerque, NM | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions) | |
| Shareholder/director/employee | Jones, Snead, Wertheim, Rodriguez & Wentworth, PA |
| Director/officer | Girls, Inc. |
| Director | New Mexico Trial Lawyers |
| Director | Hispanic Bar Association |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] NONE (No reportable agreements) | |
| | Bylaws of Jones, Snead, Wertheim, Rodriguez & Wentworth, P.A., provide for buy back of stock upon severance. The firm may take as long as five years. Profit sharing plan participation will terminate in accordance with terms of plan, switching to IRA or other acceptable vehicle. Husband will remain a shareholder/ employee and participant in profit sharing plan. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income) | | |
| 1 | | |
| 2 | Jones, Snead, Wertheim, Rodriguez & Wentworth (1993 salary) | $ 34,873.38 |
| 3 | Jones, Snead, Wertheim, Rodriguez & Wentworth (1992 salary) | $ 67,325.04 |
| 4 | Jones, Snead, Wertheim, Rodriguez & Wentworth (1991 salary) | $ 62,999.92 |
| 5 (S) | Jones, Snead, Wertheim, Rodriguez & Wentworth, P.A. (Salary 1993, 1992, 1991) | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MARTHA A. VAZQUEZ | Date of Report<br>8-6-93 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-17 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| Jones Firm Profit Sharing | Loan | J |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES:  J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
  N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MARTHA A. VAZQUEZ | Date of Report<br>8-6-93 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | | B.<br>Income<br>during<br>reporting<br>period | | C.<br>Gross value<br>at end of<br>reporting<br>period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain:<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | Exempt | Exempt | Exempt | | Exempt |
| 1  U.S. Savings Bonds (DC) | | None | J | T | | | | | |
| 2  U.S. Savings Bonds (DC) | | None | J | T | | | | | |
| 3  U.S. Savings Bonds (DC) | | None | J | T | | | | | |
| 4  U.S. Savings Bonds (DC) | | None | J | T | | | | | |
| 5  Bank of Santa Fe<br>Santa Fe, NM 87501 (J) | A | Int. | J | T | | | | | |
| 6  Century Bank FSB<br>Santa Fe, NM 87501 (J) | A | Int. | J | T | | | | | |
| 7  Nicholas II Mutual Fund (J) | A | Div. | J | T | | | | | |
| 8  20th Century Select Mutual Fund (J) | A | Div. | J | T | | | | | |
| 9  Oakwood Partners Pub, Ltd. Part. (J) | A | Div. | L | T | | | | | |
| 1  Northland Cable Pub. Ltd. Part. (J) | A | Div. | J | T | | | | | |
| 1  Charter Bank for Savings<br>Santa Fe, NM 87501 (J) | A | Int. | J | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>MARTHA A. VAZQUEZ | Date of Report<br>8-6-93 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Martha Vazquez_     Date _August 10, 1993_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:
Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google